**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 24, 2023

**BY ECF**
Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The request is granted. Defendant shall file her sentencing submission by February 2, 2023. The Government shall file its sentencing submission by February 6, 2023.*

*SO ORDERED.*
*Date: January 24, 2023*
*New York, New York*

_____
JOHN P. CRONAN
United States District Judge

Re: <u>United States v. Brandy Arias</u>
22 Cr. 411 (JPC)

Dear Judge Cronan:

I write, with the consent of the Government, to request an extension of the deadlines by which Ms. Arias and the Government must file their sentencing submissions.

Ms. Arias is scheduled to be sentenced on February 8, 2023. Pursuant to the Court's Individual Rules and Practices, the defense submission is due no later than tomorrow, January 25, 2023. The Government's submission is due no later than February 1, 2023. However, it has just come to my attention that the deadline for the United States Probation Department to file its final Presentence Report is next Tuesday or Wednesday, January 31 or February 1, 2023.

Therefore, so that Ms. Arias can review the final Presentence Report and its recommendations before filing her sentencing submission, I respectfully request that the Court extent the sentencing submission deadlines accordingly:

1. Defense submission on Thursday, February 2, 2023.
2. Government submission on Monday, February 6, 2023.

The government consents to these extended deadline dates. Ms. Arias is not seeking an adjournment of the sentencing date.

Sincerely,

/s/ Amy Gallicchio

_____
Amy Gallicchio, Esq.
Assistance Federal Defenders

Cc: Madison Smyser and Ni Quan
Assistant United States Attorneys